# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION-FLINT

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | CASE NO: 19-30639-DOF |
| SANDRA LYNN HOOTMAN | JUDGE: Daniel S. Opperman |
| **Debtor(s)** | |
| _____/ | |

## RESPONSE TO TIMOTHY J. MILLER'S MOTION TO DISMISS CHAPTER 13 BANKRUPTCY CASE

NOW COMES the Debtor, Sandra Lynn Hootman, by and through her attorneys, Dickron Bohikian and Bohikian Law Group PLLC, and responds to Timothy J. Miller's Motion to Dismiss Chapter 13 Bankruptcy Case as follows:

1. Debtor admits the allegation as true.
2. Debtor admits the allegation as true.
3. No response required.
4. No response required as the statute speaks for itself.
5. Debtor neither admits nor denies the allegation.
6. Debtor neither admits nor denies the allegation.
7. Debtor denies the allegation in full.
8. Debtor admits the Court has the power to dismiss a Chapter 13 Case, but denies Timothy J. Miller's allegations as untrue.
9. Debtor further states that Timothy J. Miller has stated no valid grounds of bad faith or unreasonable delay that merit dismissal of this Chapter 13 case.

10. Debtor further relies upon response contained in Debtor's Brief in Support of Response to Timothy Miller's Motion to Dismiss which will be filed under different cover separately from this Response.

WHEREFORE the Debtor prays that the Motion to Dismiss be denied.

Dated: May 22, 2019 /s/Dickron Bohikian
Attorney for Debtor(s)
Dickron Bohikian (P46210)
BOHIKIAN LAW GROUP PLLC
748 W. Grand River Avenue
Brighton, MI 48116
(810)494-7172
ecf@bohikianlaw.com