Form:nthrgBK

## UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
226 West Second Street
Flint, MI 48502

Case No.: 19–30639–dof
Chapter: 13
Judge: Daniel S. Opperman.Flint

In Re: (NAME OF DEBTOR(S))
  Sandra Lynn Hootman
  8202 Hyne Road
  Brighton, MI 48114

Social Security No.:
  xxx–xx–4685

Employer's Tax I.D. No.:

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*38* – Motion to Dismiss Case Re: Unreasonable delay that is prejudicial to creditors and bad faith., Proposed Order, Notice, Certificate of Service, and Exhibits Filed by Creditor Timothy J Miller (Attachments: # 1 Exhibit A – Demand Letter # 2 Exhibit B – Initial Email Exchange # 3 Exhibit C – Follow Up Email Exchange) (Miller, David)

will be held on: 6/18/19 at 09:00 AM at U.S. Bankruptcy Court Courtroom, 226 West Second St., Flint, MI 48502

Dated: 5/24/19

BY THE COURT

Katherine B. Gullo, Clerk of Court
U.S. Bankruptcy Court